

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Jonathan Paul Rendon,

\* From the 238th District Court
of Midland County,
Trial Court No. CR37410.

Vs. No. 11-19-00158-CR

\* June 6, 2019

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed for want of jurisdiction.